```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SAMANTHA SIVA KUMARAN, OTHERS             :
SIMILARLY SITUATED CUSTOMERS 1-100,       :
OTHERS SIMILARLY SITUATED CTA 1-100,      :
and NEFERTTI RISK CAPITAL                 :     1:20-cv-03871-GHW
MANAGEMENT, LLC                           :
                                          :     ORDER REFERRING CASE TO
                              Plaintiffs, :     MAGISTRATE JUDGE
                                          :
               -against-                  :
                                          :
VISION FINANCIAL MARKETS, LLC, VISION     :
INVESTMENT ADVISOR, INC., VISION          :
BROKERAGE SERVICE, LLC, H ROTHMAN         :
FAMILY ADVISORS, INC., BOSHNACK           :
FAMILY, LLC, HIGH RIDGE HOLDING           :
CORPORATION, INC., HIGH RIDGE             :
FUTURES, LLC, HOWARD ROTHMAN,             :
ROBERT BOSHNACK, JOHN FELAG, JULIE        :
VILLA, GERARD STEPHEN LAZZARA, and        :
LAZZARA CONSULTING, INC.                  :
                              Defendants. :
------------------------------------------------------------------X

The above entitled action is referred to a United States magistrate judge for the following purpose:

\_X\_ General pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific non-dispositive motion/dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

\_\_ Settlement

\_\_ Inquest after default/damages hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
Purpose: _____

\_\_Habeas corpus

\_\_ Social Security

\_X\_ Dispositive motion (*i.e.*, motion requiring Report and Recommendation)

Particular motion: _____
_____

All such motions: _____

SO ORDERED.

Date:   August 10, 2020

_____
GREGORY H. WOODS
United States District Judge