August 17, 2020

**VIA ECF/EMAIL**
Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Kumaran et al  vs. Vision Financial et al  1:20-Cv-03871*-GHW-SDA

**RE: REQUEST FOR ELECTRONIC SUMMONS AND STATUS OF SERVICE OF JULIE VILLA**

Dear Hon. Magistrate Judge Stewart,

Plaintiff submits this letter pursuant to Rule 4(m) and 4(d) and writes related to the service of the last remaining defendant Ms. Julie Villa. Plaintiff respectfully requests an electronic copy of the summons for Ms. Villa to effectuate paper service. Plaintiff has been in communication with the other Defendants' counsel, Ms. Jenny Chou at Wiggin (who represents Vision parties and Lazzara parties) and they have agreed to provide a waiver of service which was filed today. Ms. Chou and Wiggin have stated that they will not be representing Julie Villa, who is the sole defendant unrepresented by this law firm.

Plaintiff is and has been in the process of trying to effectuate service (and obtain the waiver of service from) Ms. Julie Villa and is making reasonable attempts to serve the last remaining defendant. The current address obtained for Julie Villa is that of the offices of Garwood Securities, in Austin Texas and her current email address is jvilla@garwoodsecurities.net.

Plaintiff sent Ms. Villa a waiver of service last week which has not been responded to. Plaintiff further communicated with a manager at Garwood on Friday August 14, 2020 who confirmed that Ms. Villa is a current broker at Garwood, they are in receipt of the Complaint and Waiver of Service and would also make sure she received the forms and the waiver.

Plaintiff again today resent the waiver of service together today with the forms Ms. Villa needs to sign to accept the waiver of service and she has not executed or responded to the communications. Therefore, Plaintiff may need to effectuate paper service with a Process Server and therefore is seeking an electronic issuance of service.  Plaintiff intend to serve the paper copy of the complaint together with summons and  make attempts to serve Ms. Villa this week. If service needs to be effectuated today or tomorrow Plaintiff can expedite the paper service. Ms. Villa is located in Austin Texas.

Plaintiff also had emailed the Pro-Se office for filing of the request for summons last week however that request was not placed on the docket. Now that ECF Filing has been approved and set up, Plaintiff hereby also respectfully requests an electronic copy of the summons for Ms. Villa so it can proceed with the paper service without prejudice to its time to serve. Thank you.

Respectfully submitted  //SSK// Samantha S. Kumaran