**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/21/2020___
```

**Samantha Siva Kumaran,**

                                    **Plaintiff,**

                    -against-

**Vision Financial Markets, LLC,**

                                    **Defendants.**

**1:20-cv-03871 (GHW) (SDA)**

<u>**ORDER**</u>

**STEWART D. AARON, United States Magistrate Judge:**

The Clerk of Court is directed to issue a summons as to Defendant Julie Villa. Plaintiff shall serve the summons and complaint on Defendant Villa within 90 days of the issuance of the summons.

**SO ORDERED.**

DATED:      New York, New York
                  August 21, 2020

                                    _____
                                    STEWART D. AARON
                                    United States Magistrate Judge