# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>Vision Financial Markets, LLC<br>Vision Investment Advisors, LLC<br>Vision Brokerage Services, LLC<br>H Rothman Family, LLC<br>Boshnack Family, LLC<br>High Ridge Holding Corporation, LLC<br>High Ridge Futures, LLC<br>Howard Rothman, Robert Boshnack,<br>John Felag, Julie Villa<br>Gerard Stephen Lazzara,<br>Lazzara Consulting, Inc,<br>　　　　　Defendants | 1:20:CV:03871 (GHW) (SDA)<br><br>Related Case: 1:20:CV 03668<br>Related Case: 1:20:CV 03873<br><br>**MOTION TO DISMISS** |

Pursuant to Federal Rules of Civil Procedure §12(b)(6), Defendant hereby moves the Court to dismiss Plaintiff's Amended Complaint with prejudice. The bases for this Motion are set forth in the accompanying Memorandum.

Dated:　　　November 20, 2020
　　　　　　Herriman, Utah

　　　　　　　　　　　　　　　　　　　_/s/ Julie Villa_____
　　　　　　　　　　　　　　　　　　　JULIE VILLA
　　　　　　　　　　　　　　　　　　　*Pro Se*
　　　　　　　　　　　　　　　　　　　3778 West Solana Court, A-306
　　　　　　　　　　　　　　　　　　　Herriman, UT 84096
　　　　　　　　　　　　　　　　　　　Phone 808-357-6764
　　　　　　　　　　　　　　　　　　　Email: julievilla2002@gmail.com