February 18, 2021

**VIA ECF/EMAIL**
Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. SO ORDERED.
Dated: February 19, 2021

Re: *Kumaran et al vs. Vision Financial et al 1:20-Cv-03871-*GHW-SDA

**Consent Letter Motion to Adjust Scheduling Order Equitably**

Dear Hon Judge Stewart D Aaron;

In light of the conference in related case 20-CV-03873 on February 10, 2021 and the modification to the scheduling order, which requires NRCM and Plaintiff Kumaran to file their opposition to the Motion to Compel Arbitration against ADMIS on the same date of March 1, 2021 (ECF36) Plaintiffs respectfully request the Court adopt an adjusted schedule, that the parties have agreed to in equitable adjustment to the schedule in this related case, so that the motions do not overlap in timing. The existing schedule is on ECF44.

Second Amended Complaint: February 26 → March 15

Motion to Dismiss and/or Compel Arbitration: April 19 → May 6

Opposition thereto: June 14 → July 1

Reply thereto: July 6 → July 23

This adjustment was also requested in consideration of the fact that Mr. August, recently appointed counsel for NRCM, has had some medical issues which required him in the hospital during the period February 10, 2021 until today February 18, 2021.

**All parties are in agreement with the schedule**. No prejudice is perceived as there are no other items on the docket being impacted. Plaintiffs thank the Court for its consideration.

Respectfully submitted,

//SSK//

Samantha S. Kumaran


Cc. Brian M. August