

Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, Connecticut
06510
www.wiggin.com

Jenny R. Chou
203.498.4302
203.782.2889 fax
jchou@wiggin.com

Via ECF

April 26, 2021

Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Kumaran et al vs. Vision Financial Markets, LLC et al
        Docker No. 1:20-Cv-03871-GHW-SDA

Dear Judge Aaron:

Defendants Vision Financial Markets, LLC, Vision Brokerage Services, LLC, Vision Investment Advisors, LLC, High Ridge Holding Company, LLC, High Ridge Futures, LLC, H. Rothman Family LLC, Boshnack Family, LLC, Howard Rothman, Robert Boshnack, and John Felag (the "Vision Defendants"), and Defendants Lazzara Consulting, Inc. and Gerard Lazzara (the "Lazzara Defendants") do not oppose the request of Mr. Brian August, counsel for Nefertiti Risk Capital Management, LLC, to reschedule the status conference currently scheduled on Wednesday, April 28, 2021 at 11:00 am [Dkt. No. 63]. Undersigned counsel can be available for a conference at the Court's convenience during the new times proposed (Thursday, April 29, 2pm – 5pm; and Friday, April 30, 9am-5pm).


Respectfully submitted,

Jenny R. Chou

Jenny R. Chou

JRC:ymr