# Activity in Case 1:20-cv-03871-GHW-SDA Kumaran et al v. Vision Financial Markets, LLC et al Notice to Attorney Regarding Deficient Pleading

Received: **Monday, March 22, 2021 2:11 PM**

From: **NYSD_ECF_Pool@nysd.uscourts.gov**

To: **CourtMail@nysd.uscourts.gov**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 3/22/2021 at 2:11 PM EDT and filed on 3/22/2021
**Case Name:**      Kumaran et al v. Vision Financial Markets, LLC et al
**Case Number:**    [1:20-cv-03871-GHW-SDA](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Samantha Siva Kumaran to RE-FILE Document No. [20] Amended Complaint,,. The filing is deficient for the following reason(s): the All Defendant radio button was selected;. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. (pc)**

**1:20-cv-03871-GHW-SDA Notice has been electronically mailed to:**

Brian M. August      bmaugust61@gmail.com

Jenny R. Chou     jchou@wiggin.com, sbreitbart@wiggin.com, yromero@wiggin.com

Samantha Siva Kumaran     samantha@timetricsrisk.com

Julie Villa     julievilla2002@gmail.com

**1:20-cv-03871-GHW-SDA Notice has been delivered by other means to:**