USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
:
SAMANTHA SIVA KUMARAN, et al.,  :
:
Plaintiffs,:
:  1:20-cv-3871-GHW
-against-  :  ORDER
:
VISION FINANCIAL MARKETS, LLC, et al., :
:
Defendants.:
-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court has received Plaintiff's motion, Dkt. Nos. 75 and 76, and Defendant's response, Dkt. No. 79. Plaintiff's reply is due no later than July 14, 2021.

SO ORDERED.

Dated: June 29, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge