UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMANTHA SIVA KUMARAN, ) <br> NEFERTITI RISK CAPITAL MANAGEMENT, LLC, ) <br> NEFERTITI ASSET MANAGEMENT, LLC, ) <br> NEFERTITI HOLDING CORPORATION ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> vs. ) <br>  ) <br> VISION FINANCIAL MARKETS, LLC, ) <br> HOWARD ROTHMAN, ) <br> ROBERT BOSHNACK, ) <br> HIGH RIDGE HOLDING CORPORATION, LLC, ) <br> HIGH RIDGE FUTURES, LLC, ) <br> H ROTHMAN FAMILY, LLC, ) <br> BOSHNACK FAMILY, LLC, ) <br> VISION BROKERAGE SERVICES, LLC, ) <br> JOHN FELAG, ) <br> VISION INVESTMENT ADVISORS, LLC, ) <br> LAZZARA CONSULTING, INC., ) <br> GERARD STEPHEN LAZZARA, ) <br> JULIE VILLA ) <br> Defendants. ) <br>  ) | Case No. 1:20-cv-03871-GHW-SDA <br><br> Related Case: 1:20:CV 03668 <br> Related Case: 1:20:CV 03873 <br><br> September 13, 2021 |

**CONSENT MOTION TO MODIFY PAGE LIMITATIONS**
**FOR RESPONSE TO THE SECOND AMENDED COMPLAINT**

Defendants Vision Financial Markets LLC, Vision Investment Advisors, LLC, Vision Brokerage Services, LLC, H. Rothman Family LLC, Boshnack Family LLC, High Ridge Holding Company, LLC, High Ridge Futures LLC, Lazzara Consulting Inc., Howard Rothman, Robert Boshnack, John Felag, and Gerard Stephen Lazzara (collectively, "Moving Defendants"),[1] by and through their undersigned counsel, hereby respectfully move for an order

---

[1] The Second Amended Complaint also names as a Defendant Julie Villa, who is not represented by undersigned counsel.

1

of this Court modifying page limits so that the Moving Defendants may submit an omnibus memorandum of law totaling 40 pages in support of their intended motion in response to the Second Amended Complaint (ECF No. 89).

The Second Amended Complaint asserts 20 different causes of action over 202 pages and 1015 numbered paragraphs against the 12 Moving Defendants. The Moving Defendants seek an additional 15 pages of briefing for their omnibus memorandum of law in order to respond efficiently and adequately to the claims against them. The Court previously granted the Moving Defendants a 15-page extension for their omnibus memorandum of law in response to the First Amended Complaint in this action, which was shorter and contained fewer counts than the present Second Amended Complaint. (*See* ECF Nos. 29, 30).

Defendants' undersigned counsel has contacted the individual and entity Plaintiffs regarding this motion to modify page limitations and they have consented to the modification.

           Respectfully submitted,

           WIGGIN AND DANA LLP

             */s/ Jenny R. Chou*
           Jenny R. Chou
           One Century Tower
           P.O. Box 1832
           New Haven, CT  06508-1832
           Phone:  (203) 498-4302
           Fax:     (203) 782-2889
           E-mail: jchou@wiggin.com

           *Attorneys for Vision Financial Markets LLC, Vision Investment Advisors, LLC, Vision Brokerage Services, LLC, H. Rothman Family LLC, Boshnack Family LLC, High Ridge Holding Company, LLC, High Ridge Futures LLC, Lazzara Consulting Inc., Howard Rothman, Robert Boshnack, John Felag, and Gerard Stephen Lazzara*