UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran,

                          Plaintiff,

      -against-

Vision Financial Markets, LLC,

                          Defendants.

1:20-cv-03871 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Before the Court is Plaintiffs' amended motion to stay this action as to the pending motions to dismiss until the Court decides the partial motion to compel arbitration. (Am. Motion, ECF No. 106.) The Court finds that a stay is not warranted because the partial motion to compel arbitration and the motions to dismiss do not address the same claims (*see, e.g.*, Motion to Dismiss, ECF No. 101 (seeking to compel arbitration with respect to claims by certain plaintiffs against certain defendants and seeking to dismiss "remaining claims") and, thus, Plaintiffs' arguments regarding jurisdiction are inapt. Moreover, judicial economy favors resolving the pending motions to dismiss in a timely fashion. If the Court grants the motion to compel arbitration in full or in part and if the Court finds that Plaintiffs' remaining claims are not subject to dismissal, the Court then will decide whether a stay is appropriate pending arbitration. (*See, e.g.*, Vision Defs.' Mem. L., ECF No. 102, at 40 (seeking stay pending arbitration of any claims not dismissed).) Accordingly, Plaintiffs' motion is DENIED. It is hereby Ordered as follows:

1. Plaintiffs shall file their opposition to the pending motions (ECF Nos. 98 and 101) no later than November 30, 2021.

2. Defendants shall file any replies no later than December 30, 2021.

**SO ORDERED.**

DATED:    New York, New York
          September 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge