**VIA ECF/EMAIL**
Honorable Judge Stewart D. Aaron
Honorable Judge Gregory Woods
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007


Re: *Kumaran et al vs. Vision Financial Markets et al  1:20-Cv-03871*-GHW-SDA


**COVID TEST - REQUEST FOR SHORT ADJOURNMENT**


Dear Judge Aaron and Judge Woods,

I am writing to notify you that yesterday December 29, 2021 I have also unfortunately received a positive Covid test.

Because I have prior underlying medical issues (which the Court is aware of from prior docket entries), I am waiting for the advice from doctors on what my next steps are. I wanted to alert the Court promptly. It is also likely that I may need to take 10 days to 2 weeks out of the office.

I am therefore respectfully seeking a short adjournment on all filings as I may not be able to complete my own filings for about 2 weeks until I have the ok from doctors to return. Alternatively Ms. Kumaran when she returns may be able to prepare or file the forms on behalf of NRCM but I want to notify the Court I will most likely be also out of the office for two weeks. As I am a sole proprietor I also do not have a substitute to fill in for me.

I also believe my client Ms. Kumaran is doing a little better (though has been resting and out of commission for about 2.5 weeks) and if all goes well Ms. Kumaran will be back in the office January 4 or 5. However this will increase her workload since I will not be able to contribute for about 2 weeks. Further she will not have access to my input during this time.

I believe the normal request would be to seek a stay or adjournment of two weeks till both myself and Ms. Kumaran are fully back in the office. We apologize for any inconvenience. As the Court knows I am a higher risk patient and need to follow the advice of doctors to take all necessary precautions to rest and avoid this getting worse.

Ms. Chou had contacted me yesterday related to some questions on the briefs, and I have notified her about this development and the parties have reached an agreement that any additional filing will be due in three weeks (barring medical issues) and Vision and Villa Defendants have also sought an additional three weeks. We consent to that request. I believe Ms. Chou will write to the Court on Monday.

Since the Opposition to the Motion to Compel Arbitration was fully briefed this should not delay the Court's processing of this part of the motion.

I believe Ms. Kumaran will be back at work in next week and will be writing in at that time. Because of my compromised health condition, I may need to be admitted to the hospital if my respiratory situation worsens. I will be in daily contact with my medical team through the weekend.

Our request for any adjournment would procure equal benefit to Defendants in them also having additional time to respond to the outstanding motions. Therefore this should not prejudice them. I do not believe two weeks will significantly prejudice the case as this health related matter has to take priority to the filings. I believe the parties have reached an agreement, which Ms. Chou will write to the Court on Monday.

I respectfully request that my absence does not prejudice my clients in any way.

Thank you for your understanding.

//BMA//
Brian August, Esq.
33 Lincoln Road
Brooklyn, NY 11225
Bmaugust61@gmail.com