JULIE VILLA, Pro Se                          Phone: 808-357-6764
933 Nottingham Road                      Email: julievilla2002@gmail.com
Keller, TX  76248

Via ECF

Honorable Judge Gregory Woods & Honorable Magistrate Stuart Aaron

United States District Court, Southern District of New York, 40 Foley Square, NY  10007

Re:   Request To Appear Remotely by Telephonic Conference

Dear Judges Woods and Aaron,

### Request For Remote Conferencing Telephonic Appearance

In response to (ECF #133) "ORDER. The Court will hold a conference regarding Plaintiffs' request to submit excess pages, Dkt. Nos. 131-32, on February 11, 2022 at 11 a.m., in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. (HEREBY ORDERED by Judge Gregory H. Woods) (Text Only Order) (wv) (Entered: 02/07/2022)

Judge Gregory H. Woods "Individual Rules Of Practice In Civil Cases" Revised November 12, 2020, states: 2.Conferences, A. "Attendance by Principal Trial Counsel. The attorney who will serve as principal trial counsel must appear at all conferences with the Court."

Defendant Julie Villa, Pro Se, requests to appear before the court via remote telephonic conference. This request is being made through contacting chambers for approval in order to meet the 48 hour notice to the Courtroom Technology department.

February 7, 2022

Respectfully submitted,

Julie Villa

Pro Se