```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
SAMANTHA SIVA KUMARAN, et al.,                                    :
                                                                  :
                                    Plaintiffs,                   :      1:20-cv-3871-GHW
                                                                  :
                 -v -                                             :          ORDER
                                                                  :
VISION FINANCIAL MARKETS, LLC, et al.,                            :
                                                                  :
                                    Defendants.                   :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2022

GREGORY H. WOODS, United States District Judge:

On February 11, 2022, the Court entered an order denying Plaintiffs' motion for leave to file excess pages. Dkt. No. 141. On February 12, 2022, Plaintiffs filed a letter requesting clarification of that order. Dkt. No. 142. Although the Court denied leave, given the confusion surrounding the proper page limit for Plaintiffs' motion, the Court will consider the entirety of Plaintiffs' motion at Dkt. No. 130. Plaintiffs' amended motion, Dkt. No. 143, is untimely and will not be considered. Defendants should oppose Plaintiffs' motion at Dkt. No. 130, and need not respond to Plaintiffs' amended motion.

Going forward, Plaintiffs should not expect to be able to violate the Court's rules and then ask for leave to file excess pages after the fact. Plaintiffs have been directed to seek leave to file excess pages in advance of the filing deadline. If Plaintiffs submit filings that exceed the page limits without being granted prior leave, the Court will either strike the surplus pages or the entire filing.

The Court also directed the parties to file such requests to the Court by joint letter. To provide the Court a joint letter, the parties must provide the other side reasonable time to respond and prepare their portion of the letter. Plaintiffs have not done so here. Plaintiffs' expectation that the other side will respond to a request within hours on a weekend is unreasonable. The Court orders that, barring exceptional circumstances, Plaintiffs must not submit a letter to the Court unless

they have provided their proposed portion of the joint letter to defense counsel and given defense counsel at least two business days to respond.  While such a prescription is not customarily necessary, the Court concludes from this application that more concrete guideposts about what is reasonable are appropriate here.

The Court has already outlined the page limits and deadlines that apply to the briefing related to this motion.  The Court will not provide hypothetical guidance on how the Court will rule with respect to applications on page limits in the future, which may arise under different circumstances.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 142.

SO ORDERED.

Dated: February 12, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge