


Attorney Online Registration and Payment

Board on Attorney Certification

Client Protection Fund

Continuing Legal Education

Disciplinary Review Board

NJ Board of Bar Examiners

Office of Attorney Ethics

Pro Bono

Contact Us

Índice de Abogados de Nueva Jersey

## ATTORNEY SEARCH RESULTS

Additional detailed information is available by double clicking the attorney record

| Attorney ID | Suffix | Last | First | Mid | City | County | Good Stand |
|---|---|---|---|---|---|---|---|
| 033362003 | | KOSTUS | DAVID | SOLOMON | LODI | BERGEN | ACTIVE |

Back   New Search