# REQUEST FOR CERTIFICATE OF GOOD STANDING or

# CERTIFICATION OF COURT OF LAST RESORT

This form is to be used when requesting a Certificate of Good Standing, Certification of Court of Last Resort or, in the case of an attorney who is no longer in good standing, an alternate letter indicating status. If an attorney is ineligible due to one of the reasons below, or requires certification that the attorney took the New Jersey bar examination in order to be admitted in another jurisdiction on motion, one of the following should be requested in lieu of the Certificate of Good Standing (CGS). If you request a CGS but do not qualify, you will automatically be sent the appropriate alternative letter below:

- ✓ **Certificate of Good Standing**
- ☐ **Certification of Court of Last Resort**
  (specify requesting state: _____)
- ☐ **Resignation in Good Standing Letter**
- ☐ **Retirement Status Letter**
- ☐ **Administrative Revocation Letter**
- ☐ **Administrative Ineligibility Letter**
- ☐ **Admission via Examination Letter**

The cost of a Certificate of Good Standing, Certification of Court of Last Resort or alternative letter is **$20.00 per item.** Your check or money order, made payable to Secretary, New Jersey Board of Bar Examiners, must accompany this request. All information should be completed to ensure that your certificate is correct. Requests with the incorrect fee amount will be returned. **Fees are NON-REFUNDABLE.**

**STARTER CHECKS and FOREIGN CHECKS/MONEY ORDERS ARE NOT ACCEPTED.**

**PLEASE DO NOT SEND CASH BY MAIL.**

Name: _David Kostus_

ATTORNEY ID NUMBER (if known): _03376-2003_   Date of Admission: _12/23/2003_

Address to which item(s) should be mailed:
Firm Name (for work address only) _____
Address 1 _138 Norwood Avenue_
Address 2 _____
City State Zip _Lodi, NJ 07644_
Daytime phone number: _917 664 1407_
Number requested: _1_   Total check or money order: $ _20.00_
Your signature: _David Kostus_   Date: _4/2/2022_

**For US Postal Service mail to:**

Board of Bar Examiners
PO Box 973
Trenton, NJ 08625-0973

**For overnight deliveries (FedEx, DHL, UPS) mail to:**

Board of Bar Examiners
Richard J. Hughes Justice Complex 8th Fl, North Wing
25 Market Street
Trenton, NJ 08611



Check from DAVID S. KOSTUS, ESQ., 138 Norwood Avenue, Lodi, NJ 07644, Bank of America, #500, dated 4/2/2022, Pay to the Order of: Secretary NJ Board of Bar Examiners, Amount: $20.00, Twenty and 00/100, Memo: Certificate of Good Standing, Signed: David Kostus.