## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

Samantha Siva Kumaran, et al

                    Plaintiff,

  -against-                                              20   Civ.  3873   (GHW)

ADM Investor Services

**MOTION FOR ADMISSION**

**PRO HAC VICE**

                    Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __David Solomon Kostus, Esq__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Nefertiti Asset Management, LLC and Nefertiti Holding Corporation__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __New Jersey__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:

Respectfully Submitted,

Applicant Signature: //DavidSKostus//

Applicant's Name: David Solomon Kostus, Esq

Firm Name: David Solomon Kostus, Esq

Address: 138 Norwood Avenue

City/State/Zip: Lodi, New Jersey

Telephone/Fax: 917-664-1407

Email: dskostus@gmail.com