**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Samantha Siva Kumaran, et al

　　　　　　　　　　　　　　Plaintiff,

　　　　　-against-

ADM Investor Services

　　　　　　　　　　　　　Defendant.

_____

20 ___ cv _ 3873 ___ (GHW )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of ___David Solomon Kostus, Esq_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

___New Jersey_____; and that his/her contact information is as follows

(please print):

Applicant's Name: _ David Solomon Kostus, Esq _____

Firm Name: David Solomon Kostus, Esq _____

Address: 138 Norwood Avenue

City / State / Zip: Lodi, New Jersey, 07644 _____

Telephone / Fax: 917-664-1407 _____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

Nefertiti Asset Management, LLC and Nefertiti Holding Corporation ___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York. All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____　　　　　　　_____

　　　　　　　　　　　　　　　　　　United States District / Magistrate Judge