```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
:
SAMANTHA SIVA KUMARAN, et al.,                :
:
                             Plaintiffs,    :      1:20-cv-3871-GHW
:
            -v -                                    :      <u>ORDER</u>
:
VISION FINANCIAL MARKETS, LLC, et al.,        :
:
                           Defendants.    :
:
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On April 1, 2022, Defendant Julie Villa filed a motion to disqualify attorney David Kostus. Dkt. No. 167. Villa's motion falls under the scope of the reference to Magistrate Judge Aaron in this case. Such applications and responsive filings should not be addressed to Judge Aaron rather than to Judge Woods.

      SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                                       GREGORY H. WOODS
                                                      United States District Judge