## Department of State
### Division of Corporations

### Entity Information

[ Return to Results ]  [ Return to Search ]

**Entity Details**

**ENTITY NAME:** NEFERTITI RISK CAPITAL MANAGEMENT, LLC
**DOS ID:** 4863676
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 12/14/2015
**REASON FOR STATUS:** VOLUNTARILY DISSOLVED
**EFFECTIVE DATE INITIAL FILING:** 12/14/2015
**INACTIVE DATE:** 03/02/2022
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process Name and Address

**Name:** NEFERTITI RISK CAPITAL MANAGEMENT, LLC
**Address:** 119 WEST 72ND STREET, #204, NEW YORK, NY, UNITED STATES, 10023

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**
**Address:**

Case 1:20-cv-03871-GHW-SDA   Document 171-1   Filed 04/05/22   Page 2 of 2

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| **Share Value** | **Number Of Shares** | **Value Per Share** |
| --- | --- | --- |