

# New York State Unified Court System

## Attorney Online Services - Search

**Close**

### Attorney Detail Report *as of 04/01/2022*

| | |
|---|---|
| Registration Number: | 4293700 |
| Name: | DAVID SOLOMON KOSTUS |
| Business Name: | SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD. |
| Business Address: | 15 EXCHANGE PL STE 1020 JERSEY CITY 07302-4938 |
| Business Phone: | (201) 604-4086 |
| Email: | |
| Date Admitted: | 01/10/2005 |
| Appellate Division Department of Admission: | 1st |
| Law School: | FORDHAM LAW SCHOOL |
| Registration Status: | Attorney - Delinquent |
| Next Registration: | May 2023 |

### Disciplinary History

*No record of public discipline*

 The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.

**Attorney Services**
Close