

# New York State Unified Court System

## Attorney Online Services - Search

**Search**
- Attorney
- Legal Consultant
- In-House Counsel

**Resources**
- Attorney Registration
- Legal Consultant Registration
- In-House Counsel Registration
- E-Courts
- Resources
- Contact Us
- Terms of Use

## Attorney Search Results

**Search Criteria:**

| First Name | Middle Name | Last Name |
|---|---|---|
| DAVID | SOLOMON | KOSTUS |

Back to Search Criteria | New Search

 Click on a name below to view additional details.
Registration Status definitions can be found here.

**1 record found.**

Showing 1 to 1 of 1

| Name | Registration Number | City | State | Oath Date | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|
| KOSTUS, DAVID SOLOMON | 4293700 | JERSEY CITY | New Jersey | 2005 | Delinquent | |

Showing 1 to 1 of 1

**Attorney Services**

**Search**
- Attorney Search
- Legal Consultant Search
- In-House Counsel Search

**Resources**
- Attorney Registration
- Legal Consultant Registration
- In-House Counsel Registration
- E-Courts
- Resources
- Contact Us
- Terms of Use