JULIE VILLA, Pro Se  
933 Nottingham Road  
Keller, TX  76248

Phone: 808-357-6764  
Email: julievilla2002@gmail.com

Via ECF

April 5, 2022

Honorable Judge Gregory Woods  
United States District Court  
Southern District of New York  
40 Foley Square, NY  10007

   RE: Kumaran et al vs. Vision Financial Markets et al  1:20-CV-03871-GHW-SDA

**Letter (ECF #147) Regarding Related Matter** *Re: Kumaren et al vs. ADM Investor Services 1:20-Cv-03873-GHW-SDA*

Dear Honorable Judge Woods,

Pertaining to Plaintiffs' letter to the court filed May 23, 2022 (ECF #147) regarding the status of attorney David Kostus.  Defendant Villa from an abundance of concern contacted Hackensack Medical University Hospital by telephone at 1:22 EST, on Monday May 23, 2022.  The hospital was able to confirm the discharge of corporate counsel from the hospital, although the admitting nurse was unable to say if the release occurred yesterday or today or provide any other information other than he is discharged and no longer at the hospital.

Respectfully submitted,

_/s/ Jule Villa_____  
JULIE VILLA, *Pro Se*