```
                                                        ┌─────────────────────────────────┐
                                                        │ USDC SDNY                       │
                                                        │ DOCUMENT                        │
                                                        │ ELECTRONICALLY FILED            │
UNITED STATES DISTRICT COURT                            │ DOC #: _____         │
SOUTHERN DISTRICT OF NEW YORK                           │ DATE FILED: 6/18/2022           │
------------------------------------------------------- X └─────────────────────────────────┘
                                                    :
SAMANTHA SIVA KUMARAN, et al.,                      :
                                                    :
                               Plaintiffs,          :            1:20-cv-3871-GHW
                                                    :
          -v -                                      :            ORDER
                                                    :
VISION FINANCIAL MARKETS, LLC, et al.,              :
                                                    :
                               Defendants.          :
                                                    :
------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on June 17, 2022, attorney David

Kostus's motion to withdraw as counsel for Plaintiffs Nefertiti Risk Capital Management, LLC,

Nefertiti Holding Company, and Nefertiti Asset Management, LLC (collectively, the "Corporate

Plaintiffs") is GRANTED.

As the Court explained during the conference, corporate entities—such as the Corporate

Plaintiffs—must appear before the Court through counsel. *See Rowland v. California Men's Colony*, 506

U.S. 194, 201–02 (1993). In other words, the Corporate Plaintiffs must retain an attorney should

they wish to prosecute this case. Replacement counsel for the Corporate Plaintiffs must enter a

notice of appearance in this case no later than July 18, 2022. If no attorney enters an appearance on

behalf of the Corporate Plaintiffs by that date, the Court may dismiss their claims for failure to

prosecute. *See Glob Auto, Inc. v. Hitrinov*, No. 13-cv-2479, 2015 WL 5793383, at *5 (E.D.N.Y. Sept.

30, 2015) (explaining that "[d]istrict courts in this Circuit have exercised their discretion to dismiss

an action for failure to prosecute where a corporate plaintiff fails to obtain counsel after being

directed to do so and being warned of the consequences of inaction"); *see also United States ex rel.*

*Reliable Constr. PM, Inc. v. Land Frog, Inc.*, No. 13-CV-7351, 2015 WL 740034 (E.D.N.Y. Feb. 20,

2015); *Negrin v. Kalina*, No. 09 Civ. 6234, 2013 WL 5925916 (S.D.N.Y. Nov. 5, 2013).

The case is STAYED through July 18, 2022 to allow the Corporate Plaintiffs to retain replacement counsel.  New counsel must file a notice of appearance no later than July 18, 2022.  In the event that the Corporate Plaintiffs retain new counsel prior to July 18, 2022, the stay will be lifted upon the filing of a notice of appearance by that counsel.  The Court observes that prior counsel in this case filed submissions to the Court on behalf of the Corporate Plaintiffs that were wholly drafted by Ms. Kumaran rather than by counsel.  The Court expects that this issue will not recur with new counsel.

The Clerk of Court is directed to remove David Kostus from the list of counsel on the docket and to indicate on the docket that this case is stayed.

SO ORDERED.

Dated: June 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge